# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO WELCH,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>KELLY HARRIGTON, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 09-01041-JVS (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition be denied and that this action be dismissed with prejudice.

DATED: November 17, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE